**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| LOURDES JIMINEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLIED INTERSTATE, INC.,<br><br>    Defendant | Case No.: 09-cv-08432-ODW-SH<br><br>**JUDGMENT** |

On January 14, 2010, Plaintiff, LOURDES JIMINEZ (Plaintiff), filed an acceptance of Defendant's, ALLIED INTERSTATE, INC.'S (Defendant), Offer of Judgment.  The accepted Offer of Judgment states Plaintiff will receive $400.00 for alleged damages, $2,000.00 in attorneys' fees, and $350.00 in costs.  *Id*.  Pursuant to Federal Rule of Civil Procedure 68, the Court enters judgment against Defendant in the sum of $400.000 for alleged damages, $2,000.00 in attorneys' fees, and $350.00 in costs.

**IT IS ORDERED**

Dated: February 25, 2010

_____
Otis D. Wright, II.
United States District Judge